**No. 58802.**—Browne Vintners Co., Inc., et al. *v.* United States, protests 206609–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58803.**—China Artware Co. and National Carloading Corp. *v.* United States, protest 216743–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of silent butlers, smoothing irons, and trays in chief value of brass, the same in all material respects as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiffs was sustained.

**No. 58804.**—Industrial Raw Materials Corp. *v.* United States, protests 230631–K and 230630–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protests were overruled.

**No. 58805.**—W. R. Grace & Co. *v.* United States, protests 240681–K, 240682–K, and 240683–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protests were overruled.

MARCH 2, 1955

**No. 58806.**—Brin Bros. & Senegram *v.* United States, protests 557109–G, etc.—

—Abstract 58204.   Motion of Government for rehearing denied.